IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  CR-19-00078-001-G |
| | ) |
| ANTHONY WHITTLEY, ET AL., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Ryan J. Reaves, a duly-licensed Oklahoma attorney, admitted to practice before the Western District of Oklahoma, hereby moves the Court to grant Norman R. Kelly, KS SC #10639, of Norton, Wasserman, Jones & Kelly, LLC, Salina, Kansas, admission pro hac vice in the above-captioned case, as co-counsel for Marysville Mutual Insurance Company.

WHEREUPON, he shows the Court as follows:

1. Ryan J. Reaves is a resident of Oklahoma, duly and regularly admitted to practice in the Courts of record of this state, and duly and regularly admitted to practice in the Western District of Oklahoma, and service may be had in all matters connected with this action upon him at 6307 Waterford Blvd., Suite 215, Oklahoma City, Oklahoma 73118.

2. Ryan J. Reaves will sign all pleadings, motions, and papers filed in the case, as well as personally appear at all proceedings before the Court, unless excused by the Court.

3. In support of this Motion, please see the attached Application signed by the Applicant, Norman R. Kelly, which is incorporated here by this reference.

WHEREFORE, Ryan J. Reaves, respectfully moves this Court to admit Norman R. Kelly of Norton, Wasserman, Jones & Kelly, LLC, pro hac vice in the above-captioned case.

RESPECTFULLY SUBMITTED:

Mullins Mullins Sexton & Reaves
6307 Waterford Blvd.
Suite 215
Oklahoma City, Oklahoma 73118
(405) 235-2335
Fax: (405) 232-7930
E-mail:rreaves@mmsrlaw.com

By:/s/Ryan J. Reaves
Ryan J. Reaves
#22282
Attorneys for Marysville Mutual Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2021, I electronically filed the foregoing MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE, with the Clerk of the Court by using PACER the Court's CM/ECF e-filing system.

/s/Ryan J. Reaves
Ryan J. Reaves