UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs.                        Plaintiff(s) | ) | Case No. CR-19-00078-001-G |
| ANTHONY WHITTLEY, ET AL. | ) | |
| | ) | |
| Defendant(s) | ) | |

### REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Norman R. Kelly

2. State bar membership number: 10639

3. Business address, telephone and fax numbers:
   Norton, Wasserman, Jones & Kelly, LLC
   213 S. Santa Fe Ave., Salina, KS 67402
   Phone: (785) 827-3646
   Fax: (785) 827-0538

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Kansas Supreme Court and all state courts below; United States District Court for the District of Kansas; United States Supreme Court; U.S. Tenth Circuit Court of Appeals; and the U.S. Court of Claims.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this  20th  day of  October of 2021 .

_____
Signature of Applicant

005/rvsd 06-04

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICE )<br>)<br>)<br>)<br>Plaintiff(s),  )<br>)<br>v.                         )<br>ANTHONY WHITTLEY, ET AL. )<br>)<br>)<br>)<br>)<br>Defendant(s)    ) | Case No. CR-19-00078-001-G |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____, Marysville Mutual Insurance Company .
(Plaintiff/Defendant)      (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Norman R. Kelly                               10/20/2021
Signature                                        Date

Norman R. Kelly
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Norton, Wasserman, Jones & Kelly, LLC
Firm

213 S. Santa Fe Ave.
Address

Salina                Kansas              67402
City                  State               Zip Code

(785) 827-3646
Telephone

nrk@nwjklaw.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on October 20, 2021, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Norman R. Kelly
s/ Attorney Name