# Exhibit C



1001 Broadway
PO Box 151
Marysville, KS  66508

| Effective Date | Expiration Date | Declaration of | Policy Number |
|---|---|---|---|
| INLAND MARINE DECLARATIONS | DIRECT BILLING | MONTHLY PAYMENTS | PAYOR: INSURED |
| 12:01 A.M. STANDARD TIME | 12:01 A.M. STANDARD TIME | | |
| 4/07/2018 | 4/07/2019 | RENEWAL | I005471 |

NAME AND MAILING ADDRESS

CARL R WOOD
1153 S 220TH ST
PITTSBURG, KS  66762

AGENT NAME AND ADDRESS

RYAN INSURANCE, LLC      # 220
2308 S BROADWAY
PO BOX 106
PITTSBURG KS  66762
620-231-3500

| POLICY FORM | PROPERTY DESCRIPTION / COVERAGE | COVERAGE AMOUNT | PREMIUM |
|---|---|---|---|
| | **LOCATION**<br>1153 S 220TH ST<br>PITTSBURG, CRAWFORD COUNTY, KS<br><br>**ADDITIONAL INTERESTS**<br>  LOSS PAYEE<br>    ON 2014 BOBCAT SKID LOADER S#ALI811806<br>    COMMUNITY NATIONAL BANK & TRUST<br>    ITS SUCCESSORS &/OR ASSIGNS ATIMA<br>    401 E CENTENNIAL DR<br>    PITTSBURG, KS  66762<br><br>**PROPERTY COVERAGES** | | |
| IM-114-3/77<br>UN-385-6/71<br>IM-259-3/77 | LIVESTOCK - WITH OPTIONAL PERILS $  0 DED<br>40 HEAD MIXED BREED FEEDER CATTLE @$500 EA   20000 | 20,000 | 186.00 |
| IM-113-3/77 | MACHINERY - WITHOUT INGESTION $ 100 DED<br>1967 JD 4020 TRACTOR #SDT213R132212R        8500<br>HONDA 300 4-WHLR #SHC4-000-G313-552         4000<br>2012 JD MDL 468 RND BALER                  35000<br>  S#1E00468XTCC383094<br>2014 WILSON TRAILER 24' MDL PSGN-5724T     18000<br>  #1W17242S8E5545104<br>2014 BOBCAT SKID LOADER S#ALI811806        46000<br>2006 VERMEER 8035 MOWER #1VRV070U951000386  6000 | 117,500 | 541.00 |
| IMP-P-6/79<br>MMICO-PN-07/01 | **MANDATORY FORMS**<br>INLAND MARINE POLICY - PERSONAL<br>CONSUMER PRIVACY STATEMENT | | |

Telephone# (785) 562-2379
Fax#        (785) 562-5235
www.marysvillemutual.com



EXHIBIT C