# Exhibit D

EXHIBIT
D

Payee:      CARL R WOOD

Insured:    CARL R WOOD                                              Date of Loss:   9/22/2018
Policy No:  I005471      Claim No:  2018-01684                       Amount Paid:    $11,500.00
Adjustor:   SGA LC DBA SHELLEY & GIERHAN ADJUSTING                   Claim Check #:  104545
Loss Type:  THEFT - BURGLARY OR ROBBERY -                            Date Issued:    1/09/2019

     CARL R WOOD
     1153 S 220TH ST
     PITTSBURG, KS  66762

ENDORSEMENT OF EACH PAYEE REQUIRED

The Marysville Mutual Insurance Company                                              104545
    MARYSVILLE, KANSAS                          DATE: 1/09/2019
PLEASE CASH WITHIN 120 DAYS  Endorsement of Each Payee Required                      83-150/1011

PAY TO THE ORDER OF    CARL R WOOD

**Pay This Amount**
**$11,500.00**

PAY   11-THOUSAND*5-HUNDRED-DOLLARS*00-CENTS*

United Bank & Trust
Marysville, Kansas

AUTHORIZED SIGNATURE

⑈104545⑈ ⑆101115030⑆ 1000101125⑈