Exhibit E

**United States Treasury** 15-51/000   G 068,978,133



Check No.

01 13 21 10025697   KANSAS CITY, MO      4039 20801317
000640344667    4039 20801317 M2     000011202CMCTC

Pay to
the order of  CARL WOOD AND RICHARD WOOD
1153 S 220 ST
PITTSBURG KS 66762                        $******73*58

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER



Per Enclosed Mailing Notice

⑂4039⑂   ⑂000000518⑂   2080i3179⑂ 0i012i

NOTICE TO CHECK RECIPIENT              TREASURY-FINANCIAL MANAGEMENT SERVICE  TFS FORM 5698(Rev.)

| VENDOR NAME: | CARL WOOD AND RICHARD WOOD | VENDOR I.D. NUMBER: | | |
|---|---|---|---|---|
| AGENCY NAME AND BILLING ADDRESS: | AOUSC<br>ONE COLUMBUS CIRCLE, N.E.<br>ROOM 5-300<br>WASHINGTON, D.C. 20544 | U.S. TREASURY REG. FINANCIAL CENTER: KANSAS CITY, MO | | |
| | | CHECK NUMBER<br>4039-20801317 | CHECK AMOUNT<br>$******73*58 | CHECK DATE<br>01-13-21 |

| A WHITLEY J BOONE CR 19-78<br>RESTITUTION<br>For questions regarding this payment, please contact<br>US District Court, Oklahoma Western District at<br>405 609 5045 or at check_inquire@okwd.uscourts.gov | AGENCY SCHEDULE NUMBER<br>000011202CMCTC |
|---|---|
| | AGENCY TELEPHONE NUMBER<br>202-502-2384 |

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE



EXHIBIT
E

 **United States Treasury**  15-51 / 000   G 069,309,179

Check No. 

03 05 21 10025697  KANSAS CITY, MO    4039 22137772
000649238748    4039 22137772 M2   000030402CMCTC

Pay to
the order of  CARL WOOD AND RICHARD WOOD
1153 S 220 ST
PITTSBURG KS 66762                        $******54*40

REGIONAL DISBURSING OFFICER                    VOID AFTER ONE YEAR
008



Per Enclosed Mailing Notice

⑈4039 2⑈   ⑈000000 518⑈ 22137772 8⑈ 010321

---

NOTICE TO CHECK RECIPIENT              TREASURY-FINANCIAL MANAGEMENT SERVICE  TFS FORM 3090(Rev.)

| VENDOR NAME: | CARL WOOD AND RICHARD WOOD | VENDOR I.D. NUMBER: | | |
|---|---|---|---|---|
| AGENCY NAME AND BILLING ADDRESS: | AOUSC<br>ONE COLUMBUS CIRCLE, N.E.<br>ROOM 5-300<br>WASHINGTON, D.C. 20544 | U.S. TREASURY REG. FINANCIAL CENTER: KANSAS CITY, MO | | |
| | | CHECK NUMBER<br>4039-22137772 | CHECK AMOUNT<br>$******54*40 | CHECK DATE<br>03-05-21 |

A WHITLEY J BOONE CR 19-78
RESTITUTION
For questions regarding this payment, please contact
US District Court, Oklahoma Western District at
405 609 5045 or at check_inquire@okwd.uscourts.gov

AGENCY SCHEDULE NUMBER
000030402CMCTC

AGENCY TELEPHONE NUMBER
202-502-2384

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

 **United States Treasury** 15-51/000    G 069,392,105

Check No.



03 17 21 10025697  KANSAS CITY, MO    4039 22448808
000651260728    4039 22448808 M2      000031602CMCTC

Pay to
the order of  CARL WOOD AND RICHARD WOOD
             1153 S 220 ST
             PITTSBURG KS 66762                    $******54*40

                                                  VOID AFTER ONE YEAR
                                    REGIONAL DISBURSING OFFICER    008



004697

Per Enclosed Mailing Notice

⑈⑈4039⑈⑈    ⑈:000000518⑈:  22448808⑈⑈  010321

NOTICE TO CHECK RECIPIENT          TREASURY-FINANCIAL MANAGEMENT SERVICE  TFS FORM 3090(Rev.)

| VENDOR NAME: | CARL WOOD AND RICHARD WOOD | | VENDOR I.D. NUMBER: | | |
|---|---|---|---|---|---|
| AGENCY NAME AND BILLING ADDRESS: | AOUSC ONE COLUMBUS CIRCLE, N.E. ROOM 5-300 WASHINGTON, D.C. 20544 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, MO | | |
| | | CHECK NUMBER 4039-22448808 | CHECK AMOUNT $******54*40 | CHECK DATE 03-17-21 | |

A WHITLEY J BOONE CR 19-78
RESTITUTION
For questions regarding this payment, please contact
US District Court, Oklahoma Western District at
405 609 5045 or at check_inquire@okwd.uscourts.gov

| AGENCY SCHEDULE NUMBER |
|---|
| 000031602CMCTC |
| AGENCY TELEPHONE NUMBER |
| 202-502-2384 |

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

  

United States Treasury 15-51/000   G 069,608,960

Check No.

04 15 21 10025697  KANSAS CITY, MO   4039 23351338
000677048413    4039 23351338 M2   000041402CMCTC

Pay to
the order of  CARL WOOD AND RICHARD WOOD
1153 S 220 ST
PITTSBURG KS 66762                           $******54*40

REGIONAL DISBURSING OFFICER        VOID AFTER ONE YEAR
008



Per Enclosed Mailing Notice

⑈4039⑈  ⑆000000518⑆ 23351338⑈⑈ 010421

NOTICE TO CHECK RECIPIENT                TREASURY-FINANCIAL MANAGEMENT SERVICE   TFS FORM 3090(Rev.)

| VENDOR NAME: | CARL WOOD AND RICHARD WOOD | VENDOR I.D. NUMBER: | | |
|---|---|---|---|---|
| AGENCY NAME AND BILLING ADDRESS: | AOUSC<br>ONE COLUMBUS CIRCLE, N.E.<br>ROOM 5-300<br>WASHINGTON, D.C. 20544 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, MO | |

| CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
|---|---|---|
| 4039-23351338 | $******54*40 | 04-15-21 |

A WHITLEY J BOONE CR 19-78
RESTITUTION
For questions regarding this payment, please contact
US District Court, Oklahoma Western District at
405 609 5045 or at check_inquire@okwd.uscourts.gov

AGENCY SCHEDULE NUMBER
000041402CMCTC

AGENCY TELEPHONE NUMBER
202-502-2384

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE



**United States Treasury** 15-51 / 000   G 069,842,029



Check No.

05 21 21 10025697  KANSAS CITY, MO    4039 24329323
000687720834    4039 24329323 M2    000052002CMCTC

Pay to
the order of  CARL WOOD AND RICHARD WOOD
1153 S 220 ST
PITTSBURG KS 66762

$******54*40

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER



**Per Enclosed Mailing Notice**

⑄4039⑄  ⑆000000518⑆ 243293237⑈ 010521

---

NOTICE TO CHECK RECIPIENT                                    TREASURY-FINANCIAL MANAGEMENT SERVICE  TFS FORM 3090(Rev.)

| VENDOR NAME: | CARL WOOD AND RICHARD WOOD | VENDOR I.D. NUMBER: | |
|---|---|---|---|
| AGENCY NAME AND BILLING ADDRESS: | AOUSC ONE COLUMBUS CIRCLE, N.E. ROOM 5-300 WASHINGTON, D.C. 20544 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, MO |

| CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
|---|---|---|
| 4039-24329323 | $******54*40 | 05-21-21 |

A WHITLEY J BOONE CR 19-78
RESTITUTION
For questions regarding this payment, please contact
US District Court, Oklahoma Western District at
405 609 5045 or at check_inquire@okwd.uscourts.gov

| AGENCY SCHEDULE NUMBER |
|---|
| 000052002CMCTC |

| AGENCY TELEPHONE NUMBER |
|---|
| 202-502-2384 |

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

  United States Treasury 15-51 000    G 071,248,005

Check No.



06 07 21 10025697   KANSAS CITY, MO    4039 25186987
000693164703   4039 25186987 M2    000060402CMCTC

Pay to
the order of    CARL WOOD AND RICHARD WOOD
1153 S 220 ST
PITTSBURG KS 66762                          $******54*40

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER



008

Per Enclosed Mailing Notice

007757

⑅⁌4039 2⁌⁍    ⁌:000000518⁌:   25186987 ⁌⁍⁍   010621

NOTICE TO CHECK RECIPIENT    TREASURY-FINANCIAL MANAGEMENT SERVICE   TFS FORM 3090(Rev.)

| VENDOR NAME: | CARL WOOD AND RICHARD WOOD | | VENDOR I.D. NUMBER: | | |
|---|---|---|---|---|---|
| AGENCY NAME AND BILLING ADDRESS: | AOUSC ONE COLUMBUS CIRCLE, N.E. ROOM 5-300 WASHINGTON, D.C. 20544 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, MO | | |
| | | CHECK NUMBER 4039-25186987 | CHECK AMOUNT $******54*40 | CHECK DATE 06-07-21 |

A WHITLEY J BOONE CR 19-78
RESTITUTION
For questions regarding this payment, please contact
US District Court, Oklahoma Western District at
405 609 5045 or at check_inquire@okwd.uscourts.gov

AGENCY SCHEDULE NUMBER
000060402CMCTC

AGENCY TELEPHONE NUMBER
202-502-2384

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE